UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 09-22115-CIV-COOKE/BANDSTRA

ESTELLA GILCHRIST

    Plaintiff

v.

HIALEAH HOUSING AUTHORITY,
JOSE MARTINEZ in his official capacity
As Executive Director of the Hialeah Housing
Authority

    Defendant.
_____/

## JOINT STIPULATION AGREEMENT

The Plaintiff, Estella Gilchrist, by and through undersigned counsel, and Defendants, Hialeah Housing Authority and Jose Martinez, by and through undersigned counsel hereby agree and stipulate as follows:

1. Plaintiff agrees to dismiss the above action against Defendants with prejudice in regards to the specific facts and circumstances that arose during the time period referenced in her Complaint and arising from or related to the causes of actions pled.

2. Each party will bear its own attorneys fees and costs associated with the litigation of this matter, accordingly Plaintiff will not reimburse Defendant for the costs associated with the Independent Medical Exams.

3. Defendants will take no action to prevent Plaintiff from obtaining a live-in aide from the Jacksonville Housing Authority.

4. Either party's signature by facsimile shall serve as an original signature.

_____
Maria Sciolto, Esq. on behalf of
Plaintiff

2\10\2010
Date

_____
Edwin Cruz, Esq., on behalf of
Defendants

2/10/2010
Date

Respectfully Submitted,

**LEGAL SERVICES OF GREATER MIAMI, INC. & AARP FOUNDATION LITIGATION,
ATTORNEYS FOR PLAINTIFF**

BY_____

SEAN ROWLEY, ESQ.
Florida Bar No.: 051206
JEFFREY M. HEARNE, ESQ.
Florida Bar No.: 0026935
MARIA SCIOLTO, ESQ.
Florida Bar No.: 0057141
Legal Services of Greater Miami, Inc.
3000 Biscayne Blvd., Suite 500
Miami, Florida 33137
Telephone: (305) 438-2415
Facsimile: (305) 573-5800
SRowley@lsgmi.org

**VERNIS & BOWLING OF MIAMI
ATTORNEY FOR DEFENDANTS**

BY_____

PATRICK H. GONYEA, ESQ.
Florida Bar No.:0055042
Vernis & Bowling of Miami
1680 NE 135th Street
North Miami Beach, Florida 33181
Telephone: (305) 895-3035
Facsimile: (305) 892-1260
pgonyea@florida-law.com

I hereby certify that on February 12, 10, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document was served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

_____
Maria Sciolto, Esquire

## SERVICE LIST

Patrick H. Gonyea, Esquire
Vernis & Bowling of Miami
1680 NE 135th Street
North Miami Beach, Florida 33181
*Served by Notice of Electronic Filing*


John Frost Walker, III, Esquire
Law Offices of Citrin & Walker
100 West Sunrise Avenue
Coral Gables, FL 33133
*Served by Notice of Electronic Filing*